# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KINYA BOYD

VERSUS

CITY OF BATON ROUGE, PARISH
OF EAST BATON ROUGE

NO.  2023 CW 1279

**MARCH 13, 2024**

---

In Re:   Cox Communications of Louisiana, LLC and Go Auto
         Insurance Company, applying for supervisory writs,
         19th Judicial District Court, Parish of East Baton
         Rouge, No. 656948.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

   **WRIT   DENIED.**   The   criteria   set   forth   in   **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (*per curiam*), are not met.

                         **JMG**
                         **WRC**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
   FOR THE COURT